IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PUEBLO OF POJOAQUE and BUFFALO
THUNDER, INC.,

      Plaintiffs,

vs.                                                    No. CIV 20-0166 JB/DLM

THE HONORABLE BRYAN BIEDSCHEID,
individually and in his official capacity as
District Judge, New Mexico First Judicial
District Division VI, and RUDY PENA,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion, filed August 31, 2023 (Doc. 92).  In the Memorandum Opinion, the Court abstains from exercising jurisdiction over this case pursuant to the Supreme Court of the United States' decision in Younger v. Harris, 401 U.S. 37 (1971), and, accordingly, dismisses the Complaint for Declaratory Judgment, filed February 26, 2020 (Doc. 1).  See Memorandum Opinion at 152-53.  With no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case.  See Fed. R. Civ. P. 58(a).

**IT IS ORDERED** that: (i) the Complaint for Declaratory Judgment, filed February 26, 2020 (Doc. 1), is dismissed; (ii) this case is dismissed; and (iii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel:*

Ripley B. Harwood
Ripley B. Harwood, P.C.
Albuquerque, New Mexico

    *Attorney for the Plaintiffs*

Hector Balderas
  New Mexico Attorney General
Kelsey Nicole Frobisher Schremmer
  Assistant Attorney General
Office of the Attorney General for the State of New Mexico
Santa Fe, New Mexico

-- and --

Nicholas M. Sydow
  Assistant Attorney General
Office of the Attorney General for the State of New Mexico
Albuquerque, New Mexico

    *Attorneys for Defendant Judge Bryan Biedscheid*

Linda J. Rios
Michael G. Solon
Rios Law Firm, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant Rudy Pena*